IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUELINE WATKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONORABLE SHARON YATES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:09CV1121-MEF |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 11, 2010, mail sent by the court to the plaintiff at her address was returned by the United States Postal Service as undeliverable. By order entered on March 16, 2010, the court directed plaintiff to file, on or before March 24, 2010, a notice of her new address or confirmation that the address presently of record is correct. In the order, the court advised the plaintiff that her failure to comply with the order or to provide an accurate mailing address may result in dismissal of this action. (Doc. # 32). On March 22, 2010, the copy of the order mailed to the plaintiff was returned as undeliverable. Plaintiff has not filed a notice of her mailing address as required by the order.

As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) due to the plaintiff's failure to prosecute this action and to comply with the order of this court.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties to this action. The parties are DIRECTED to file any

objections to this Recommendation on or before **April 8, 2010**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  Resolution Trust Co. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993);  Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989).

Done, this 25th day of March, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE