IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACQUELINE WATKINS,              )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CIVIL ACTION NO. 2:09cv1121-MEF
                                 )
HONORABLE SHARON YATES, et al.,  )
                                 )
        Defendants.              )

# ORDER

On March 25, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 34).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) due to the plaintiff's failure to prosecute this action and to comply with the order of this court.

Done this the 20th day of April, 2010.

                            /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE